# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157926

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

CONSUMERS ENERGY COMPANY,
      Plaintiff-Appellee,

v

ADRIAN & BLISSFIELD RAIL ROAD
COMPANY,
      Defendant-Appellant,
and

CITY OF ADRIAN, DEPARTMENT OF
TRANSPORTATION, NORFOLK SOUTHERN
CORPORATION, and NORFOLK SOUTHERN
RAILWAY COMPANY,
      Defendants.

SC: 157926
COA: 341216
Lenawee CC: 16-005626-CC

_____/

      On order of the Court, the application for leave to appeal the May 7, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018

t1217

Clerk